[No. 41143-8-I.    Division One.    September 13, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD
CLAUDE SPRUEL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-1-07935-5, Joan Dubuque, J., entered July
17, 1997. *Affirmed in part* and *reversed in part* by unpub-
lished opinion per Ellington, J., concurred in by Kennedy,
C.J., and Becker, J.

[No. 41809-2-I.    Division One.    September 13, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DANTE P.
BATINGAN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-02034-1, Ricardo S. Martinez, J., entered
December 15, 1997. *Affirmed* by unpublished per curiam
opinion.

[No. 42487-4-I.    Division One.    September 13, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. REGINALD
MILLS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-08507-8, Jim Street, J., entered March 16,
1998. *Affirmed* by unpublished per curiam opinion.

[No. 42578-1-I.    Division One.    September 13, 1999.]

THE CITY OF SEATTLE, *Respondent*, v. BRYAN W. GOOCH,
*Petitioner.*

Appeal from a judgment of the Superior Court for King
County, No. 97-1-03176-8, Nicole MacInnes, J., entered
March 31, 1998. *Affirmed* by unpublished per curiam
opinion.